UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| In re: Meagan Rose Hawkins | CASE NO. 10-50833 |
|---|---|
| **Debtor(s)** | **CHAPTER** 7 |

### STATEMENT OF ASSISTANCE BY BANKRUPTCY PETITION PREPARER

The undersigned hereby discloses to the Court, pursuant to 11 United States Code Section 110, that he assisted the above-named debtor in connection with the preparation and filing of the above cases.

**Name:** Laurie Crilly
**Address:** 1435 Reynolds Hollow
Greeneville, TN 37745

**Telephone:** 541-663-7033
**Social Security Number:** 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

**Amount Paid:** $ 0.00
**Amount Still Due:** $ 149.00
**Security Interest Given for Assistance, if any:** none

I declare under penalty of perjury that the foregoing information given in regards to assistance by non-attorney in the filing of this petition is true and correct to the best of my information and belief.

**Executed at** Greeneville, TN
**Executed on** 05/18/2010

*Laurie L Crilly*
**BANKRUPTCY PETITION PREPARER**

sabp.frm

FILED-HARRISONBURG, VA
U.S. BANKRUPTCY COURT
MAY 20 2010
By _____ DEPUTY CLERK