UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| In re: Meagan Rose Hawkins | CASE NO. 10-50833 |
|---|---|
| Debtor(s) | CHAPTER 7 |

## STATEMENT OF DEBTOR AS TO ASSISTANCE BY NON-ATTORNEY
## IN REGARDS TO PREPARING AND FILING PETITION

The above debtor hereby discloses the following information concerning assistance in connection with the filing of this bankruptcy case:

( ) 1) No assistance was provided.

(X) 2) Name, address, social security number, and telephone number of person or firm who provided assistance:

   Laurie Crilly
   1435 Reynolds Hollow
   Greeneville, TN 37745          SS# 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

3) Amount Amount paid for same: $_____

4) Method of payment: _____

5) Balance due, if any: $ 149.00

I declare under penalty of perjury that the foregoing information given in regards to assistance by non-attorney in the filing of this petition is true and correct to the best of my information and belief.

Executed at _____
Executed on _____

Debtor  Meagen Hawkins  5/19/10

Joint Debtor

soda.frm

FILED-HARRISONBURG, VA
U.S. BANKRUPTCY COURT
MAY 20 2010
By _____ DEPUTY CLERK