## U.S. Bankruptcy Court
## Western District of Virginia (Harrisonburg)

IN RE:                              X

**MEAGEN ROSE HAWKINS**         X    Case No. **10-50833**


DEBTOR                          X    Chapter 7

### NOTICE OF AMENDMENT TO DEBTOR'S SCHEDULES OF CREDITORS, MAILING MATRIX, VOLUNTARY PETITION AND CERTIFICATE OF SERVICE


Debtor, pursuant to Bankruptcy Rule 1009(a) hereby gives NOTICE of the names of creditors and addresses added to the Debtor's Schedule F - Unsecured Creditors and Mailing Matrix. Debtor also hereby gives notice of the Amendment to her Voluntary Petition which corrects the spelling of her first name. The correct spelling is Meagen Rose Hawkins.

I, hereby certify that I have contacted the Bankruptcy Court Clerk's office and the above styled case has not been closed. I further certify that a true copy of this Notice of Amendment and the Amendments were duly mailed on May ___, 2010 to the Court, the Chapter 7 Trustee at the address below.

Dated this 20 day of May, 2010          Signed: _____
                                                Meagen Rose Hawkins


**William E Callahan, Jr**
1800 Wachovia Tower
Drawer 1200
Roanoke, VA 24006



FILED-HARRISONBURG, VA
U.S. BANKRUPTCY COURT

MAY 21 2010

By_____
   DEPUTY CLERK

United States Bankruptcy Court
Western District of Virginia

IN RE: Case No. <u>10-50833</u>

<u>Hawkins, Meagen Rose</u>                                  Chapter <u>7</u>
Debtor(s)

## AMENDED VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: <u>May 20, 2010</u>         Signature: <u>/s/ Meagen Rose Hawkins</u>
                                    Meagen Rose Hawkins                              Debtor

Date: _____    Signature: _____
                                                                              Joint Debtor, if any



FILED-HARRISONBURG, VA
U.S. BANKRUPTCY COURT

MAY 2 1 2010

By _____
    DEPUTY CLERK

AFNI, INC.
404 BROCK DRIVE
BLOOMINGTON, IL   61702


APOLLO GROUP INC.
4025 S. RIVERPOINT PARKWAY
PHOENIX, AZ   85040


C B E
131 TOWE PARK DRIVE SUITE 100
WATERLOO, IA   50702


CALVARY PORTFOLIO STUDIO
P.O. BOX 27288
TEMPE, AZ   85285


CAPITAL ONE
P.O. BOX 30281
SALT LAKE CITY, UT   84130


CERTIFIED RECOVERY SYSTEM
616 SAVOR DRIVE STE. 600
HOUSTON, TX   77036


DEPT. OF ED/NELNET
P.O. BOX 1649
DENVER, CO   80201


DIRECT TV
P.O. BOX 54000
LOS ANGELES, CA   90054


EQUABLE ASCENT FINANCIAL
1120 W. LAKE COOK ROAD SUITE A
BUFFALO GROVE, IL   60089

FIRST BANK AND TRUST
1880 EAST MARKET STREET
HARRISONBURG, VA   22801


FIRST PREMIER
601 S.MINNESOTA AVENUE
SIOUX FALLS, SD   57104


FIRST PREMIER BANK
601 S.MINNESOTA AVENUE
SIOUX FALLS, SD   57104


LAMONT HANLEY ASSOCIATES
1138 ELM STREET
MANCHESTER, NH   03101


MICHAELS PLUMBING AND HEATING
2740 SOUTH MAIN STREET
HARRISONBURG, VA   22801


NATIONAL CREDIT ADJUSTERS
327 W. 4TH
HUTCHINSON, KS   67504


PAYPAL
2211 NORTH FIRST STREET
SAN JOSE, CA   95131


RJM ACQUISITIONS LLC
575 UNDERHILL BLVD. STE. 224
SYOSSET, NY   11711


UNIVERSITY OF PHOENIX
4615 E. ELWOOD STREET FLOOR 3
PHOENIX, AZ   85040

```
VERIZON
500 TECNOLOGY DRIVE
WELDON SPRING, MO  63304


WELLS FARGO CARD SERVICES
P.O. BOX 10347
DES MOINES, IA  50306-0347


WELLS FARGO EFS
P.O. BOX 5185
SIOUX FALLS, SD  57117


ZENITH ACQUISITION CORP.
170 NORTH POINTE PARKWAY SUITE 300
AMHERST, NY  14228
```